THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:21-CR-126 |
| | : (JUDGE MARIANI) |
| MICHAEL JONES, JR., | : |
| | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS 22nd DAY OF JULY, 2022, for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Jones' Motion to Suppress Physical Evidence (Doc. 26) is **DENIED**.

_____
Robert D. Mariani
United States District Judge