## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,               :
                                        :
     v.                                 :   3:21-CR-126
                                        :   (JUDGE MARIANI)
MICHAEL JONES, JR.,                     :
                                        :
           Defendant.                   :

## ORDER

AND NOW, THIS _____ DAY OF FEBRUARY, 2023, for the reasons set forth

in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant Jones' Motion to Suppress Evidence on the basis of Insufficient Nexus

   (Doc. 101) is **DENIED**.

2. Defendant Jones' Motion to Suppress Evidence on the basis of Search Warrant

   Overbroad (Doc. 103) is **DENIED**.

_____
Robert D. Mariani
United States District Judge