THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:21-CR-126 |
| | : (JUDGE MARIANI) |
| MICHAEL JONES, JR., | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW**, **THIS** 3rd **DAY OF JUNE, 2024,** for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Michael Jones Jr.'s "Motion to Suppress Evidence Warrantless Searches & Seizures" (Doc. 97) is **DENIED**.

Robert D. Mariani
United States District Judge