THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 3:21-CR-126 |
| | : | (JUDGE MARIANI) |
| MICHAEL JONES, JR., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, THIS 3rd **DAY OF JUNE, 2024,** for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Michael Jones Jr.'s "Motion to Suppress Evidence Arrested Without Probable Cause" (Doc. 99) is **DENIED**.

Robert D. Mariani
United States District Judge